# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN CONKLIN**, | : | CIVIL ACTION NO. 1:05-CV-1707 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARRINGTON TOWNSHIP**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of July, 2006, it is hereby ORDERED that the memorandum of court dated June 30, 2006 (Doc. 35) is AMENDED, such that the first paragraph on page 1 is deleted and is replaced with the following paragraph:

> Presently before the court is a motion (Doc. 29) filed by Don Bailey, Esquire ("Attorney Bailey"), counsel for plaintiff, to vacate an order of this court that dismissed certain claims from the above-captioned case. Attorney Bailey filed contemporaneously with the motion a "brief in support" (Doc. 30), a document that is also the subject of this memorandum. For the reasons that follow, the court will direct Attorney Bailey to show cause why he should not be sanctioned for these inappropriate submissions.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge